

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00232-CV
_____

BRANDON WAYNE SANDERS, APPELLANT

V.

KAREN TURKETT, APPELLEE

On Appeal from the County Court at Law No. 1
Johnson County, Texas
Trial Court No. CC-C20200198; Honorable Robert Mayfield, Presiding

September 30, 2020

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Brandon Wayne Sanders, proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee.[1] By letter of August 27, 2020, the clerk of this court notified Sanders that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1,

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

failure to pay the filing fee by September 8 would result in dismissal of the appeal. To date, Sanders has not paid the filing fee or sought leave to proceed without payment of court costs.

Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or by the Texas Supreme Court when an item is presented for filing. TEX. R. APP. P. 5, 12.1(b), 20.1. Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. TEX. R. APP. P. 25.1(b).

Because Sanders has failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam